UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO.:   8:03-cr-281-T-23EAJ

NELSON GONGORA
_____/

## **ORDER**

Claiming that recent amendments to the United States Sentencing Guidelines "could further reduce and or adjust [his] sentence," Gongora moves (Doc. 381) "For reduction of Sentence in Light of the November 1st 2010 Amendments to the U.S.S.G." and seeks "the specific departure based on cultural assimilation (§ 2L1.2) and or any combination of departures and variances."

Gongora's judgment of imprisonment (Doc. 182) was filed February 24, 2004. The Eleventh Circuit Court of Appeals' mandate (Doc. 320) dismissing Gongora's direct appeal issued December 1, 2004, and Gongora's Section 2255 motion was denied on March 7, 2006 (Doc. 359).

A reduction in a term of imprisonment is authorized by 18 U.S.C. § 3582(c)(2) when a guideline range applicable to a defendant is subsequently lowered and the applicable amendment is listed in Section 1B1.10(c) of the Sentencing Guidelines.

Because none of the November 1, 2010, amendments to the Sentencing Guidelines is listed in Section 1B1.10(c) of the Sentencing Guidelines, the amendments apply prospectively only.

Accordingly, Gongor's motion for a reduction of sentence is **DENIED**.

ORDERED in Tampa, Florida, on November 5, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE